IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 0 8 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
            DEPUTY CLERK

| | |
|---|---|
| ANURADHA MAITRA, Individually and as Personal Representative of the Estate of SIDHARTHA MAITRA; AVIK MAITRA, Individually; and SONALI MAITRA, Individually, <br><br> Plaintiffs, <br><br> VS. <br><br> MITSUBISHI HEAVY INDUSTRIES, LTD., a corporation; MITSUBISHI CORPORATION, MITSUBISHI INTERNATIONAL CORPORATION; ALLIEDSIGNAL, INC., a corporation; ALLIEDSIGNAL AEROSPACE, a corporation; HONEYWELL, INC., a corporation; HONEYWELL AEROSPACE, ENGINES & SYSTEMS, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; HONEYWELL AEROSPACE, a corporation; GENERAL ELECTRIC CO., a corporation; GE AIRCRAFT ENGINES, a corporation; MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., a corporation; TURBINE AIRCRAFT MARKETING INC., a corporation; INTERCONTINENTAL JET, INC., a corporation; FLIGHT SAFETY INTERNATIONAL, INC., a corporation; FLIGHT SAFETY INTERNATIONAL, HOUSTON LEARNING CENTER, a corporation; FLIGHT SAFETY SERVICES CORPORATION; WENDY L. BABB as Personal Representative of the Estate of Gerald R. Babb; and ESTATE OF GERALD R. BABB or JOHN DEERE INSURANCE COMPANY, <br><br> Defendants. | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ <br><br> CIVIL ACTION NO. SA-01-CA-209-FB |

**ORDER GRANTING UNOPPOSED MOTION FOR ADDITIONAL TIME TO
RESPOND TO PLAINTIFFS' MOTION TO REMAND AND CONDUCT DISCOVERY**

Before the Court is Honeywell International Inc.'s Unopposed Motion for Additional Time to

Respond to Plaintiffs' Motion to Remand and to Conduct Discovery filed June 1, 2001. According

38

to the motion, plaintiffs agree to an extension of the deadline until June 18, 2001. The Court finds that request has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion for Additional Time to Respond to Plaintiffs' Motion to Remand and to Conduct Discovery (docket #36) is GRANTED and defendant's deadline is extended to June 18, 2001. The Court is aware of defendant's previous opposed request to extend the deadline to July 23, 2001, and hopes to make a ruling on that request shortly.

It is so ORDERED.

SIGNED this _____8_____ day of June, 2001.

FRED BIERY
UNITED STATES DISTRICT JUDGE