RECEIVED
SEP 14 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

FILED
SEP 1 8 2001
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| ANURADHA MAITRA, Individually and as Personal Representative of the Estate of SIDHARTHA MAITRA; AVIK MAITRA, individually; and SONALI MAITRA, individually, | ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| MITSUBISHI HEAVY INDUSTRIES, LTD., a corporation; MITSUBISHI CORPORATION; MITSUBISHI INTERNATIONAL CORPORATION; MITSUBISHI INTERNATIONAL CORPORATION; ALLIEDSIGNAL, INC., a corporation; ALLIEDSIGNAL AEROSPACE, a corporation; HONEYWELL, INC., a corporation; HONEYWELL AEROSPACE, ENGINES & SYSTEMS, a corporation; HONEYWELL INTERNATIONAL, INC., a corporation; HONEYWELL AEROSPACE, a corporation; GENERAL ELECTRIC CO., a corporation; GE AIRCRAFT ENGINES, a corporation; MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., a corporation; TURBINE AIRCRAFT MARKETING, INC., a corporation; INTERCONTINENTAL JET, INC., a corporation; FLIGHT SAFETY INTERNATIONAL, INC., a corporation; FLIGHT SAFETY INTERNATIONAL, HOUSTON LEARNING CENTER, a corporation; FLIGHT SAFETY SERVICES CORPORATION; WENDY L. BABB as Personal Representative of the Estate of Gerald R. Babb; and, ESTATE OF GERALD R. BABB or JOHN DEERE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

SA-01-CV-209-FB

**AGREED PROTECTIVE ORDER**
(Aircraft Wreckage)

58

1. The parties to this action agree to preserve the wreckage of the MU-2B-26A, Federal Aviation Registration Number N386TM aircraft (hereinafter referred to as the "Aircraft"), arising out of the accident on January 22, 2001, near San Antonio International Airport, San Antonio, Texas, while permitting access by the individual parties, their consultants and representatives, including the removal of components to laboratories or other suitable facilities for microscopic or other detailed examinations or testing as specifically provided for below.

2. As used herein, the term "Aircraft wreckage" includes all parts and components of the aircraft, its engines, and any other aspects of the wreckage, including any materials contained within or adhering to the aircraft or its component parts.

3. The Aircraft wreckage is presently at the storage Facility operated by Air Salvage of Dallas, Inc. at 1361 Ferris Road, Lancaster, Texas 75146 (the "Facility").

4. The portions of the Aircraft wreckage presently stored at the Facility will remain there until the conclusion of this litigation or any related litigation, including the action Babb, et al. v. Intercontinental Jet, Corp., et al. (District Court, 166 Judicial District, Bexar County, Texas, Case No.: 2001 CI 00710) unless otherwise agreed to by the parties or as otherwise ordered by this Court or other Courts where this action or related actions are pending. Any additional component parts of the wreckage not presently stored at the Facility, when discovered, will be moved to the Facility.

5. All parties and their counsel, experts and investigators shall be permitted, in reasonable number, and at agreeable times and upon reasonable notice as described below, to inspect and photograph or videotape the Aircraft wreckage. Every notice for an inspection shall

include the date and time of the inspection. Every individual present at an inspection shall "sign in" on an attendance log designative by the Facility, which will be provided to all parties at the conclusion of the inspection. Unless otherwise agreed in writing by all parties hereto or as ordered by the Court, no examination of the Aircraft wreckage by any party may occur unless each party: (a) has been provided with written notice of the inspection at least ten (10) days prior to the proposed inspection; (b) is afforded the opportunity to have a representative present; or, (c) has agreed that the inspection may proceed without its representative present. Each party's attorneys and experts may be present for and photograph or videotape any inspection; however, no one may interfere with the inspection other than to enforce the terms of this Protective Order and no one may interfere with the inspecting party's' right to privately confer with its experts, consultants and clients.

6. The parties are each responsible for their own costs for any inspection, unless otherwise agreed by one or more of the parties to this action or the Babb Action.

7. No party may perform destructive tests of the Aircraft wreckage or any part thereof or do anything that physically changes the condition of the Aircraft wreckage or any part thereof, or disassemble any component thereof, if such test or disassembly will, in whole or in part, alter or affect the integrity of the present condition of the Aircraft wreckage or any part thereof, unless: (a) all parties agree to such testing or disassembly; or, (b) in the event the parties fail to agree to perform such testing or disassembly, pursuant to a Court Order after Notice and Motion to the Court. Any party intending to perform destructive testing or disassembly shall notify by facsimile all parties of its intention to do so thirty (30) days prior to the date of such testing or disassembly. Any party may photograph or videotape any testing performed on the Aircraft wreckage.

3

8. Only upon agreement by all parties or as otherwise ordered by the Court may any portion of the Aircraft wreckage be removed from the Facility identified in paragraph 3 above.

IT IS SO ORDERED

9-18-01

Hon. Nancy Nowak

4

APPROVED:

_____
Martin E. Rose, Esq.
William O. Angelley, Esq.
ROSE & WALKER, L.L.P.
1701 North Market Street
Suite 200
Dallas, Texas 75202
Tel. (214) 752 8600
Fax. (214) 752 6700

Attorneys for Defendant
Turbine Aircraft Marketing, Inc.

_____
John McCamish, Esq.
David R. Montpas, Esq.
McCAMISH, SOCKS & MONTPAS
300 IBC Centre
130 East Travis
P.O. Box 2999
San Antonio, TX 78299-2999
Tel. (210) 225-5500
Fax (210) 225-1283

Attorneys for Defendant
Mitsubishi Heavy Industries America, Inc.

_____
Pat Maloney, Sr., Esq.
LAW OFFICE OF PAT MALONEY
239 E. Commerce
San Antonio, Texas 78205
Telephone (210) 226-5125
Facsimile (210) 222-8477

Attorneys for Plaintiffs

_____
Marshall S. Turner, Esq.
CONDON & FORSYTH LLP
685 Third Avenue
New York, New York 10018
Telephone (212) 894-6750
Facsimile (212) 894-6751

Attorneys for Defendant Mitsubishi Heavy
Industries America, Inc.

_____
William H. Wimsatt, Esq.   with permission
MAGAÑA, CATHCART &
McCARTHY
1801 Avenue of the Stars
Suite 810
Los Angeles, CA 90067-5899
Telephone (310) 553-6630
Facsimile (310) 785-9143

Attorneys for Plaintiffs

_____
Christopher S. Kilgore, Esq.
Fred J. Meier, Esq.
Jonathan J. Cunningham, Esq.
WINSTEAD, SECHREST &
MINICK, P.C.
5400 Renaissance Tower
1201 Elm
Dallas, Texas 75270

Attorney for Defendant
Intercontinental Jet Corp.

*Ron Sprague with permission*
Ron A. Sprague, Esq.
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, TX 78216-5057
Telephone (210) 349-0511
Telephone (210) 226-8888
Fax (210) 222-8477

Attorneys for the Estate of Gerald R. Babb

*for William L. Maynard*
William L. Maynard, Esq.
Ron E. Frank, Esq.
Gerald J. Brown, Esq.
Pamela A. Clark, Esq.
BEIRNE, MAYNARD &
PARSONS, L.L.P.
1300 Post Oak Blvd.
Suite 2400
Houston, TX 77056-3000
Telephone (713) 623-0887
Fax (713) 960-1527

Attorneys for Defendant
Honeywell International Inc.

Charles H. Smith, Esq.
John W. Moore, Esq.
April R. Robbins, Esq.
SMITH & MOORE
500 N. Akard
4242 Lincoln Plaza
Dallas, Texas 75201-6606
Telephone (214) 740-4200
Fax (214) 740-4242

Attorneys for Flight Safety International, Inc.

Craig Taliaferro, Esq.
LANE, GANNON & TALIAFERRO, LLP
615 N.W. Loop 410
Suite 200
San Antonio, Texas 78216
Telephone (210) 340-1818
Fax (210) 340-5077

Attorneys for John Deere Insurance Company

6

APPROVED:

Martin E. Rose, Esq.
William O. Angelley, Esq.
ROSE & WALKER. L.L.P.
1701 North Market Street
Suite 200
Dallas, Texas 75202
Tel. (214) 752 8600
Fax. (214) 752 6700

Attorneys for Defendant
Turbine Aircraft Marketing, Inc.

John McCamish, Esq.
David R. Montpas, Esq.
McCAMISH, SOCKS & MONTPAS
300 IBC Centre
130 East Travis
P.O. Box 2999
San Antonio, TX 78299-2999
Tel. (210) 225-5500
Fax (210) 225-1283

Attorneys for Defendant
Mitsubishi Heavy Industries America, Inc.


Pat Maloney. Sr., Esq.
LAW OFFICE OF PAT MALONEY
239 E. Commerce
San Antonio, Texas 78205
Telephone (210) 226-5125
Facsimile (210) 222-8477

Attorneys for Plaintiffs

Marshall S. Turner, Esq.
CONDON & FORSYTH LLP
685 Third Avenue
New York, New York 10018
Telephone (212) 894-6750
Facsimile (212) 894-6751

Attorneys for Defendant Mitsubishi Heavy
Industries America, Inc.


William H. Wimsatt, Esq.
MAGAÑA, CATHCART &
McCARTHY
1801 Avenue of the Stars
Suite 810
Los Angeles, CA 90067-5899
Telephone (310) 553-6630
Facsimile (310) 785-9143

Attorneys for Plaintiffs

Christopher S. Kilgore, Esq.
Fred J. Meier, Esq.
Jonathan J. Cunningham, Esq.
WINSTEAD, SECHREST &
MINICK, P.C.
5400 Renaissance Tower
1201 Elm
Dallas, Texas 75270

Attorney for Defendant
Intercontinental Jet Corp.

5

Ron A. Sprague, Esq.
GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, TX 78216-5057
Telephone (210) 349-0511
Telephone (210) 226-8888
Fax (210) 222-8477

Attorneys for the Estate of Gerald R. Babb

William L. Maynard, Esq.
Ron E. Frank, Esq.
Gerald J. Brown, Esq.
Pamela A. Clark, Esq.
BEIRNE, MAYNARD &
PARSONS, L.L.P.
1300 Post Oak Blvd.
Suite 2400
Houston, TX 77056-3000
Telephone (713) 623-0887
Fax (713) 960-1527

Attorneys for Defendant
Honeywell International Inc.

Craig Taliaferro, Esq.
LANE, GANNON & TALIAFERRO, LLP
615 N.W. Loop 410
Suite 200
San Antonio, Texas 78216
Telephone (210) 340-1818
Fax (210) 340-5077

Attorneys for John Deere Insurance
Company

Charles H. Smith, Esq.
John W. Moore, Esq.
April R. Robbins, Esq.
SMITH & MOORE
500 N. Akard
4242 Lincoln Plaza
Dallas, Texas 75201-6606
Telephone (214) 740-4200
Fax (214) 740-4242

Attorneys for Flight Safety International,
Inc.

6

_/s/ Michael A. Gentry, with permission_
J. Clifton Hall, III, Esq.
Michael A. Gentry, Esq.
WESTMORELAND & HALL, P.C.
Williams Tower, 64th Floor
Houston, Texas 77056-6125
Telephone (713) 871-9000
Fax (713) 871-8962

Attorneys for Turbine Aircraft Marketing Inc.

7